948 N.E.2d 1049 (2011)
350 Ill. Dec. 542
PEOPLE State of Illinois, petitioner,
v.
Chad M. LANE, respondent.
No. 111179.
Supreme Court of Illinois.
May 25, 2011.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, Third District, is directed to vacate its judgment in People v. Lane, 404 Ill.App.3d 254, 343 Ill.Dec. 570, 935 N.E.2d 578 (2010). The appellate court is directed to reconsider its judgment in light of People v. Phillips, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (2011), to determine if a different result is warranted.